54924. THE STATE v. DIXON et al.

BANKE, Judge.

On the basis of our decision in *State v. Patterson,* 143 Ga. App. 225 (237 SE2d 707) (1977), the trial court erred in applying Connally v. Georgia, 429 U. S. 245 (97 SC 546, 50 LE2d 444) (1977), retroactively and therefore granting the defendant's motion to suppress.

*Judgment reversed. Shulman and Birdsong, JJ., concur.*

SUBMITTED NOVEMBER 9, 1977 — DECIDED DECEMBER 1, 1977.

*Bryant Huff, District Attorney, Dawson Jackson, William P. Rowe, III, Assistant District Attorneys,* for appellant.

*G. Hughel Harrison,* for appellees.